# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD G. WARRICK, | Civil Action No. 13 - 1498 |
| Petitioner, | |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| STATE OF PENNSYLVANIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | |
| Respondents. | |

## ORDER

**AND NOW**, this 17th day of April, 2014, after the Petitioner, Ronald G. Warrick, filed a petition for writ of habeas corpus in the above-captioned matter,

**IT IS HEREBY ORDERED** that for the reasons set forth in the Memorandum Opinion also filed on this day, the petition for writ of habeas corpus is **DISMISSED** as untimely and a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

1

cc: Ronald G. Warrick
HB-7997
SCI Pittsburgh
PO Box 99991
Pittsburgh, PA  15233
*Via First Class Mail*

Counsel of Record
*Via CM/ECF Electronic Mail*